02/05/2016 16:18 FAX 718 248 1227     CITIBANK RESTRAINING                              ☒002

```
                                                          _____FILED  _____ENTERED
                                                          _____LODGED _____RECEIVED

              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND               FEB 10 2016
```

| | | |
|---|---|---|
| David S. Allen | * | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |
| Plaintiff | | BY _____ DEPUTY |
| v. | * | Civil Action No. WNM-15-1839 |
| Kavasko Corporation | * | |
| Defendant | | |
| and | * | |
| Citibank, N.A. | | |
| Garnishee | | |

****** 

### ANSWER OF GARNISHEE
(Maryland Rule 2-645)

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ☒ The Garnishee **is not** indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

2. ☐ The Garnishee **is** indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

    a. Please describe the amount and nature of the debt: _____
    _____

    b. Please describe the property: _____
    _____

3. ☐ The Garnishee would like to contest the garnishment and does assert the following defense:
   (*Note:* this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

   _____
   _____
   _____

                                              _____[signature]_____
                                              Garnishee/Employer or Attorney
                                              HAYDEE BENAVIDES

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on  02/08/2016  .

                                              _____[signature]_____
                                              Garnishee/Employer or Attorney

[Stamp: HAYDEE BENAVIDES / Citigroup HB26082 / on behalf of Citibank NA / 100 Citibank Drive / San Antonio, TX 78245]

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, **Northern Division, Garmatz Federal Courthouse**, 101 W. Lombard St., Baltimore, MD 21201.

Answer of Garnishee (Rev. 8/2011)

02/05/2016   3:28PM  (GMT-06:00)