IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 1 0 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

David S. Allen
**Plaintiff**

v.

Civil Action No. WNM-15-1839

Kerem Celem
**Defendant**

and

Citibank, N.A.
**Garnishee**

\*\*\*\*\*\*

## ANSWER OF GARNISHEE
(Maryland Rule 2-645)

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. [✓] The Garnishee **is not** indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.
   NO ACCOUNTS LOCATED WITH INFORMATION PROVIDED
2. [ ] The Garnishee **is** indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

   a. Please describe the amount and nature of the debt: _____

   b. Please describe the property: _____

3. [ ] The Garnishee would like to contest the garnishment and does assert the following defense:
   (*Note*: this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

_____ 
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on FEBRUARY 8, 2016.

_____
Garnishee/Employer or Attorney

PRISCILLA S BOSQUEZ
PB65676
Citigroup Management Corp. on behalf of Citibank NA
100 Citibank Drive
San Antonio, Texas 78245

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, Northern Division, Garmatz Federal Courthouse, 101 W. Lombard St., Baltimore, MD 21201.

Answer of Garnishee (Rev. 8/2011)