IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David S. Allen
Plaintiff

      v.

Kerem Celem
Defendant

      and

Capital One
Garnishee

Civil Action No. WNM-15-1839

******

**ANSWER OF GARNISHEE**
(Maryland Rule 2-645)

BASED ON THE INFORMATION PROVIDED WE ARE UNABLE TO LOCATE AN ACCOUNT AT CAPITAL ONE / CAPITAL ONE 360.

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ☑ The Garnishee <u>is not</u> indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

2. ☐ The Garnishee <u>is</u> indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

   a. Please describe the amount and nature of the debt: _____

   b. Please describe the property: _____

3. ☐ The Garnishee would like to contest the garnishment and does assert the following defense:
   (*Note*: this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

_____

[Signature]
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on 2/10/16.

[Signature]
Garnishee/Employer or Attorney

[Stamp: TRIAGED FEB 04 2016 RVM416]

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, <u>Northern Division, Garmatz Federal Courthouse,</u> 101 W. Lombard St., Baltimore, MD 21201

Answer of Garnishee (Rev. 8/2011)