IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
FEB 04 16
Levies and
Garnishments

David S. Allen
Plaintiff                                          *

                    v.                             *          Civil Action No. WNM-15-1839

Kavasko Corporation
Defendant                                          *

                    and
                                                   *
Capital One
Garnishee

******

**ANSWER OF GARNISHEE**
(Maryland Rule 2-645)

BASED ON THE INFORMATION
PROVIDED WE ARE UNABLE
TO LOCATE AN ACCOUNT
AT CAPITAL ONE /
CAPITAL ONE 360

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ☑ The Garnishee is not indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

2. ☐ The Garnishee is indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

    a. Please describe the amount and nature of the debt: _____

    _____

    b. Please describe the property: _____

    _____

3. ☐ The Garnishee would like to contest the garnishment and does assert the following defense:
    (*Note*: this may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert)

    _____

    _____

    _____

_____
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on __2/10/16__.

_____
Garnishee/Employer or Attorney

TRIAGED
FEB 04 2016
RVM416

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with the Clerk of Court, U.S. District Court for the District of Maryland, Northern Division, Garmatz Federal Courthouse, 101 W. Lombard St., Baltimore, MD 21201

Answer of Garnishee (Rev. 8/2011)